UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KALIAPPAN STUBBS,

        Plaintiff,

v.

GREEN RIVER COMMUNITY COLLEGE,

        Defendant.

Case No. C20-363-MJP

ORDER

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is GRANTED. The undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B).

The Clerk is directed to send copies of this order to the parties and to the Honorable Marsha J. Pechman.

Dated this 9th day of March, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1