UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KALIAPPAN STUBBS, | CASE NO. C20-363 MJP |
| Plaintiff, | ORDER DENYING MOTION FOR CONTINUANCE |
| v. | |
| GREEN RIVER COMMUNITY COLLEGE, | |
| Defendant. | |

This matter comes before the Court on Plaintiff Kaliappan Stubbs' Motion for a Continuance. (Dkt. No. 16.) Having reviewed the motion, the Response (Dkt. No. 17), and the remaining record, the Court DENIES the motion.

The Court's order setting trial date and related dates explicitly states "[t]he Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause." (Dkt. No. 11 at 2.) Plaintiff's allegations in support of his motion are vague and do not explain why a continuance is necessary. He also filed his

1   motion on the day his obligations were due.  On the record currently before the Court, Plaintiff

2   has failed to provide good cause in support of a continuance. The Motion is therefore DENIED.

3

4         The clerk is ordered to provide copies of this order to all counsel.

5         Dated December 8, 2020.

6

7                                  Marsha J. Pechman

8                                  United States Senior District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24